FILED 25 SEP 11 11:58USDC-ORM

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

MEDFORD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | 1:25-cr-00364-MC |
| v. | INDICTMENT |
| SEAN THOMAS GOUL, | 18 U.S.C. §§ 2252A(a)(5)(B) and 2256(8) |
| Defendant. | Forfeiture Allegation |

THE GRAND JURY CHARGES:

<u>COUNT 1</u>
(Possession of Child Pornography)
(18 U.S.C. §§ 2252A(a)(5)(B) and 2256(8))

On or about April 21, 2024, in the District of Oregon, defendant, **SEAN THOMAS GOUL**, knowingly and unlawfully possessed child pornography, as defined in 18 U.S.C. § 2256(8), which contained a visual depiction of a minor engaged in sexually explicit conduct, such image having been mailed, shipped and transported in or affecting interstate or foreign commerce by any means, including by computer;

In violation of Title 18, United States Code, Sections 2252A(a)(5)(B) and 2256(8).

## FORFEITURE ALLEGATION

Pursuant to Title 18, United States Code, Section 2253, upon conviction of the offense described above in Count 1 of this indictment, defendant, **SEAN THOMAS GOUL**, shall forfeit to the United States any and all matter that contains visual depictions of minors engaging in sexually explicit conduct, any and all property that was used or was intended to be used in any manner or part to commit or promote the commission of the violation alleged in the count, or any property, real or personal, constituting or traceable to proceeds of the offense.

Dated: September 11, 2025

A TRUE BILL

OFFICIATING FOREPERSON

Presented by:

SCOTT E. BRADFORD
United States Attorney

*/s/ Judith Harper*
JUDITH R. HARPER, OSB #903260
Assistant United States Attorney